# Court of Appeals
# of the State of Georgia

ATLANTA, February 05, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0921.  TAMMY DOE v. WRI CAPITAL GROUP A/A/F COLFIN A1-GA, LLC.

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Tammy Doe appealed the magistrate court decision to superior court.[1] The trial court dismissed the appeal based upon Doe's failure to pay rent into the registry of the court.  Doe appeals from this ruling.  We, however, lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Thus, Doe's failure to adhere to discretionary procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/05/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Although also Doe purported to file a motion for declaratory judgment, the only issue properly before the superior court was the dispossessory appeal. See, e. g., *Giles v. Vastakisi*, 262 Ga. App. 483, 484 (585 SE2d 905) (2003) ("'the state and superior courts, on de novo appeals, have only the jurisdiction possessed by the magistrate court.'").